# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2305

_____

ANDRE SORRELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

September 17, 2020

PER CURIAM.

AFFIRMED. *See Pressley v. State*, 227 So. 3d 573 (Fla. 1st DCA 2017).

ROBERTS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tabitha Herrera, Assistant Attorney General, and Sharon Traxler, Assistant Attorney General, Tallahassee, for Appellee.